ALLEN, Respondent, vs. CITY OF FOND DU LAC, Appellant.
COMMO, Respondent, vs. CITY OF FOND DU LAC, Appellant.
HINMAN, Respondent, vs. CITY OF FOND DU LAC, Appellant.
SCHROEDER, Respondent, vs. CITY OF FOND DU LAC, Appellant.
TRELEVAN, Respondent, vs. CITY OF FOND DU LAC, Appellant.

*February 2 — February 26, 1901.*

*O'Connor v. Fond du Lac, ante, p. 253, followed.*

APPEALS from judgments of the circuit court for Fond du Lac county: MICHAEL KIRWAN, Circuit Judge. *Reversed.*

For the appellant there were briefs by *O. H. Ecke*, city attorney, and *Maurice McKenna* and *Edward W. Phelps*, of counsel, and oral argument by *Mr. McKenna*.

*Edward S. Bragg*, of counsel, for the respondents.

MARSHALL, J. In each of the above cases the same error was committed as in *O'Connor v. Fond du Lac, ante*, p. 253.

Consequently the judgments must be reversed and the causes remanded with a direction as to each the same as in the *O'Connor Case.*

*By the Court.*— The judgment on each of the appeals is reversed, and the cause in which each such judgment was entered is remanded with directions to dismiss the complaint and enter a judgment in favor of defendant for costs.